# EXHIBIT LIST

| Ex. | Description | Date |
|---|---|---|
| A | I-130 Approval (MSC1391622738) | March 3, 2015 |
| B | I-212 Approval (MSC1923450015) | August 6, 2019 |
| C | Notice of Violation and Order | July 10, 2026 |
| D | Notice of Appeal and Written Defense in Opposition to ICE Decision to Fine Under INA § 274D | July 24/28, 2026 |
| E | Appeal Decision and Order | August 4, 2026 |
| F | ConServe Collection Notice (on behalf of U.S. Customs and Border Protection) | August 21, 2026 |