# EXHIBIT B

Form I-797 Notice of Action — I-212 Approval (August 6, 2019)

THE UNITED STATES OF AMERICA

# I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| MSC1923450015 | | I212 - APPLICATION TO REAPPLY FOR ADMISSION AFTER DEPORTATION OR REMOVAL |
| Received Date 07/13/2017 | Priority Date | Applicant A099 231 797 WILLIAMS, JERMAINE RICARDO |
| Notice Date 08/06/2019 | Page 1 of 1 | Beneficiary A099 231 797 WILLIAMS, JERMAINE RICARDO |

JERMAINE RICARDO WILLIAMS
133 BENTLEY DRIVE APT B
WOODSTOCK GA 30188

**Notice Type:** Approval Notice
Consulate: KINGSTON
POE: ATLANTA, GA

The above application is approved. We have forwarded it to the consulate listed above. This completes our action on this application. If you have questions about visa issuance, please contact the consulate directly.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648004
Lee's Summit MO 64064

**USCIS Contact Center: www.uscis.gov/contactcenter**