# EXHIBIT E

Appeal Decision and Order (August 4, 2026)

DEPARTMENT OF HOMELAND SECURITY

# APPEAL DECISION AND ORDER UNDER THE IMMIGRATION AND NATIONALITY ACT

File Number: 099231797

Penalty Tracking Number: C260129062

In the Matter of: JERMAINE WILLIAMS
Name

509 OAKWOOD CT., WOODSTOCK, GA, 30188
Address (Street Number and Name, City, State, and Zip Code)

---

On 2026-08-04, a Notice of Violation and Order was served upon you stating the U.S. Department of Homeland Security's determinations and the civil penalty amount to be imposed upon you for violating certain provisions of the Immigration and Nationality Act.

On the Notice of Violation and Order, you were advised of your right to appeal the civil penalty within 15 business days from the date of service of the immigration officer's decision by submitting a notice of appeal, including any written response and/or documentary evidence you would like considered in connection with your appeal.

In response to the Notice of Violation and Order, you:

- [x] Filed an appeal—
  - [ ] Admitting the violation.
  - [x] Denying the violation.
  - [ ] However, the appeal was not timely filed within the requisite 15 business days from the date of service and, therefore, was not reviewed on the merits.
- [x] Provided evidence in connection with your appeal including—
  - [ ] Documentary evidence.
  - [x] Written response.

Pursuant to 8 C.F.R. § 281.1(e)(2), after a review of the record, including your appeal and evidence in connection, the following findings are entered:

- [ ] The Notice of Violation is **REVERSED**. Therefore, the Order imposing a civil penalty upon you is **CANCELLED**.
- [x] The Notice of Violation is **AFFIRMED** for the following reasons:
  - [x] You are not a citizen or national of the United States.

Under the following sections of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code:

- [ ] **Section 240B**
  - [ ] On ______________, you were permitted to depart voluntarily under Section 240B of Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1229c.
  - [ ] You failed to voluntarily depart the United States within the time period specified.

| Name | File Number | Penalty Tracking Number |
|---|---|---|
| JERMAINE WILLIAMS | 099231797 | C2601129062 |

Based on the foregoing, you are subject to a civil monetary penalty under Section 240B(d)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1229c(d)(1).

**And as deemed appropriate, the Order imposing civil penalty upon you is:**

☐ **AFFIRMED**

☐ To be in the amount of: $ ______________ , pursuant to Section 240B(d)(1)(A) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1229c(d)(1)(A); and Title 8 of the Code of Federal Regulations, Part 281.

☒ **Section 274D**

☒ On 2016-05-27 , an order of removal, for which you are subject, was made final.

☒ You—

☒ willfully failed or refused to depart from the United States pursuant to the order.

☒ willfully failed or refused to make timely application in good faith for travel or other documents necessary for departure.

☒ willfully failed or refused to present for removal at the time and place required by the Attorney General [or Secretary of Homeland Security].

Based on the foregoing, you are subject to a civil monetary penalty under Section 274D(a) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1324d(a).

**And as deemed appropriate, the Order imposing civil penalty upon you is:**

☒ **AFFIRMED**

☒ To be in the amount of: $ 1,820,352.00 , pursuant to Section 274D(a) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1324d(a); and Title 8 of the Code of Federal Regulations, Part 281.

☐ **Penalty Reduced.** To be in the amount of: $ ______________ , pursuant to Section 274D(a) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1324d(a); and Title 8 of the Code of Federal Regulations, Part 281.

☐ **Section 275**

☐ On ______________ , you were apprehended while entering (or attempting to enter) the United States at a time or place other than as designated by immigration officers.

Based on the foregoing, you are subject to a civil monetary penalty under Section 275(b) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b).

**And as deemed appropriate, the Order imposing civil penalty upon you is:**

☐ **AFFIRMED**

☐ To be in the amount of: $ ______________ , pursuant to Section 275(b)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b)(1); and Title 8 of the Code of Federal Regulations, Part 281.

☐ To be in the amount of: $ ______________ , twice the amount specified in Section 275(b)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b)(1), because you have been previously subject to a civil penalty under this subsection, pursuant to Section 275(b)(2) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b)(2); and Title 8 of the Code of Federal Regulations, Part 281.

☐ **Penalty Reduced.** To be in the amount of: $ ______________ , pursuant to Section 275(b)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1325(b)(1); and Title 8 of the Code of Federal Regulations, Part 281.

| JERMAINE WILLIAMS | 099231797 | C260129062 |
|---|---|---|
| Name | File Number | Penalty Tracking Number |

☒ DHS will issue an invoice and instructions for payment of the imposed civil penalty.

☒ The appeal is **DISMISSED**.

| IDVHCMMG.ICE 8/4/2026 | Management Program Analyst | 2026-08-04 |
|---|---|---|
| Signature of Supervisory Immigration Officer | Title of Supervisory Immigration Officer | Date |

**NOTICE OF FINAL DECISION AND ORDER**

I. **No further appeal.** There is no further appeal from this appeal decision and order. You may not file a motion to reopen or reconsider this appeal decision and order. The supervisory immigration officer's decision issued under Title 8 of the Code of Federal Regulations, Part 281(e)(2) constitutes final agency action unless the Secretary of Homeland Security, or the Secretary's designee, certifies the decision for review under (e)(4).

**Certificate of Service**

| | |
|---|---|
| CISTLE | 2026-08-04 |
| Served by (print name) | Date served |
| Management Program Analyst | IDVHCMMG.ICE 8/4/2026 |
| Name and title of employee or officer | Signature of employee or officer |
| | |
| Place of service | |
| | |
| Person served (print name) | Signature of person served |
| | ☐ Refused to sign |

Method of Service

☐ Personal Delivery ☐ Delivery to Attorney ☐ Ordinary Mail

☐ Personal Delivery - Residence ☒ Certified or Registered Mail