# EXHIBIT F

ConServe Collection Notice (August 21, 2026)

PO Box 1222
Fairport, NY 14450

Continental Service Group, LLC
ConServe
A Debt Collection Agency
200 CrossKeys Office Park
Fairport, NY 14450
855-354-0805

08-21-2026

**Client: U.S. Customs and Border Protection (CBP)**

| | |
|---|---|
| CBP Tracking #: | C260129062 |
| ConServe ID: | 22233973 |
| ConServe Acct #: | 30122090 |
| Itemized Accounting: | |
| Principal: | $1,820,352.00 |
| Interest: | $0.00 |
| Admin Fees: | $0.00 |
| Late Pay Penalties: | $0.00 |
| Total Due: | $1,820,352.00 |

JERMAINE WILLIAMS
509 OAKWOOD CT
WOODSTOCK GA 30188-4179

0003 007550

The U.S. Customs and Border Protection (CBP) has a contract for debt collection services with ConServe to collect Immigration and Nationality Act Penalty Debts as well as additional Related Fee Debts, including but not limited to One Big Beautiful Act fees under 8 U.S.C. §1814 and 1815. CBP has referred your civil penalty debt(s) and/or related fee debt(s) to ConServe for collection and you are responsible for paying this Federal debt(s). Additional interest, penalties, and administrative costs will also continue to accrue from the date of the initial CBP-issued invoice, pursuant to 31 U.S.C. § 3717.
Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt through CBP and mail you a copy of such verification. If you request in writing, within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.
For payment information or other inquiries please call ConServe toll free at 1 (855) 354-0805.
Send payments by check or money order made payable to U.S. Customs and Border Protection in U.S. Dollars drawn on a United States Bank with the coupon below to:

U.S. Customs and Border Protection (CBP)
P. O. Box 979126
ST LOUIS, MO 63197-9000

Alternatively, you may pay online* at: www.pay.gov
*ConServe is not responsible for, nor does it have any control over the content of this website.
You can submit a complaint about ConServe to the U.S. Customs and Border Protection at INACIVILPENALTIES@cbp.dhs.gov.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

---

Continental Service Group, LLC
ConServe
A Debt Collection Agency
200 CrossKeys Office Park
Fairport, NY 14450
Toll-Free Number: 855-354-0805

**Client: U.S. Customs and Border Protection (CBP)**

| | |
|---|---|
| CBP Tracking #: | C260129062 |
| ConServe ID: | 22233973 |
| ConServe Acct #: | 30122090 |

Mail Payment To:
U.S. Customs and Border Protection (CBP)
P.O Box 979126
ST LOUIS, MO 63197-9000



199371-dEcVAL01-369

We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.

**CALIFORNIA:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 A.M. or after 9 P.M. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.
CA License Number 10259-99

**COLORADO:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE HTTPS://COAG.GOV/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/. Our Registered Trade Name in the state of Colorado is ConServe, NY. Our in-state office address and telephone number is 1375 Ken Pratt Blvd., Suite 300A, Longmont, CO 80501; (303) 920-4763.
A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATION WITH THE CONSUMER. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.

**MAINE:**
Our hours of operation are 8:00 am - 9:00 pm (ET) Monday through Thursday; 8:00 am - 5:00 pm (ET) on Friday.

**MASSACHUSETTS:**
Our office address is 200 CrossKeys Office Park, Fairport, NY and our hours are 8:00 am - 9:00 pm (ET) Monday through Thursday; 8:00 am - 5:00 pm (ET) on Friday.

NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

**MINNESOTA: THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE. OUR REGISTERED ASSUMED NAME IN THE STATE OF MINNESOTA IS CONSERVE-ARM.**

**NORTH CAROLINA:**
NC Permit 521628623: 200 CrossKeys Office Park, Fairport, NY 14450
NC Permit 521628645: 2875 Union Rd., Ste. 28-29, Cheektowaga, NY 14227

**PUERTO RICO:** Our collection agency is authorized to do business in Puerto Rico as Continental Service Group, LLC.

**WISCONSIN: This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.dfi.wi.gov**

ADDRESS CHANGES

Please indicate any corrections/changes below

Name ____________________

Address ____________________

City, State, Zip ____________________

Country ____________________

## PAYMENT OPTIONS

**You have the following options to make full payment of the amount due:**

**Online payment:** Make an online payment 24 hours a day/7 days a week at Pay.gov. Pay.gov is a secure internet payment platform provided by Bureau of Fiscal Service for payments to federal agencies.

To directly access the online payment form use:

To search for the online payment option on Pay.gov follow the directions below:

1. Search for "DHS Civil Penalty" on the top righthand corner of Pay.gov and find the form
2. Click continue to the form
3. Fill the form out with all required information including the Penalty Tracking Number and full amount due to ensure the payment gets posted accurately
4. Retain copy of receipt for proof of submission

**Mail in payment:** Make a payment by mail using a check drawn on a U.S. bank or U.S. money order. The check or money order should be mailed to the address listed below and made out to U.S. Customs and Border Protection. The Penalty Tracking Number must be referenced on the check or money order to ensure payment is accurately posted.

U.S. Customs and Border Protection
P.O. Box 979126
St. Louis, MO 63197-9000

**Contact CBP by email at INACivilPenalties@cbp.dhs.gov with any questions.**